# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Osmond Christie,                          Civil No. 09-710 (DWF/FLN)

           Plaintiff,

v.                                      **ORDER ADOPTING REPORT AND RECOMMENDATION**

United States of America,

           Defendant.

---

Osmond Christie, *Pro Se*, Plaintiff.

Mary J. Madigan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 14, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that:

     1.      Plaintiff's motion for voluntary dismissal (Doc. No. [19]) is **GRANTED**.

     2.      This action is **DISMISSED WITHOUT PREJUDICE**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 4, 2010          s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge